No. 02–9131. BOWIE v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Catawba County, N. C. Certiorari denied.

No. 02–9456. LIPSCOMB v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.

No. 02–9825. GIRALDO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9907. HUSBAND v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9934. DEWITT v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 02–10310. SHELTON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10311. SMITH v. EHRLICH, GOVERNOR OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10312. STONE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10314. SHEARS v. MICHIGAN. Cir. Ct. Muskegon County, Mich. Certiorari denied.

No. 02–10315. SERRANO v. MEJIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10325. SPIGNER v. AUSTIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10329. GARRETT v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10331. WEST v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.